UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,         CRIMINAL NO:  05-223 (1 & 3) (DSD/JSM)

    Plaintiff,

v.                                                                                                  ORDER

1) HECTOR ALONSO RENTERIA-TORRES
3) GABRIEL YANEZ-VELARDE

    Defendants.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, dated September 1, 2005.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1.   Defendant Hector Alonso Renteria-Torres's Motion to Suppress Defendant's Statements [Docket No. 48] is DENIED.

2.   Defendant Hector Alonso Renteria-Torres's Motion to Suppress Evidence as Result of Illegal Stop/Seizure [Docket No. 49] is DENIED.

3.   Defendant Abraham Torresdey Vega's Motions to Suppress All Electronic Surveillance Evidence and Any Evidence Derived Therefrom [Docket No. 59], to Suppress All Evidence Obtained from Unlawful Searches and Seizures, and to Suppress Statements Made by Defendant [Docket No. 61] are DENIED.

Dated:   September 22, 2005        s/David S. Doty
                                                     DAVID S. DOTY
                                                     United States District Court Judge